IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Q-YOUNG CIN,<br><br>        Plaintiff,<br><br>vs.<br><br>NEBRASKA PUBLIC POWER DISTRICT, ROBERT A. MINADEO AND CLAY WARREN<br><br>        Defendants. | 4:05CV3168<br><br>ORDER |

This matter is before the court on Plaintiff's Request to Subpoena Case File At NEOC (Filing No. 6). The clerks office shall provide Plaintiff with the forms necessary to subpoena his case file from the NEOC. Plaintiff is responsible for completing the forms and arranging for service on the NEOC.

**IT IS SO ORDERED.**

DATED this 12th day of December, 2005.

                              BY THE COURT:

                              s/ F.A. Gossett
                              United States Magistrate Judge