**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **Q-YOUNG CIN,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> ) <br> **NEBRASKA PUBLIC POWER** ) <br> **DISTRICT, ROBERT A. MINADEO AND** ) <br> **CLAY WARREN** ) <br> ) <br> **Defendants.** ) | **4:05CV3168** <br><br> **ORDER** |

This matter is before the court sua sponte. For the purpose of compliance with the E-Government Act, the plaintiff's Initial Disclosures, submitted to the court but not filed, shall be returned to plaintiff for redaction of plaintiff's bank account numbers found on the last page of the submission. The court will grant the parties an extension of time to comply with this Order and refile the Initial Disclosures with the court.

THEREFORE, IT IS ORDERED:

1. The plaintiff shall redact the initial disclosures in compliance with this order.

2. The Pretrial Order's (Filing No. 18) Mandatory Disclosures deadline is extended until **February 22, 2006**.

DATED this 13th day of February, 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge