### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Q-YOUNG CIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05cv3168 |
| vs. ) | |
| ) | ORDER |
| NEBRASKA PUBLIC POWER ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on its own motion, to reschedule the Rule 16 planning conference.

**IT IS ORDERED:**

1. The Progression Order [18] is amended **only** to reschedule the date and time of the Rule 16 planning conference.

2. The planning conference currently set for August 31, 2006 is rescheduled to **September 11, 2006, at 11:00 am.,** before the undersigned magistrate judge.

3. If this new date creates a conflict, please contact the opposing party/counsel and the court at (402) 661-7340 to reschedule.

Dated this 3rd day of March 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge