IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Q-YOUNG CIN, ) | |
| ) | Case No. 4:05CV3168 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| NEBRASKA PUBLIC POWER ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants. ) | |

THIS MATTER came before the court on its own motion. Due to a conflict in the court's schedule,

**IT IS ORDERED:**

1. The 9/11/2006 Rule 16 planning conference is rescheduled to **September 14, 2006 at 10:30 A.M.,** before the undersigned magistrate judge in Courtroom 6, 2nd Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

Dated this 22nd day of June 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge