IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **Q-young Cin,** | ) |
| **Plaintiff,** | ) |
| | ) 4:05CV3168 |
| vs. | ) |
| | ) **INTERIM** |
| **Nebraska Public Power District, et al.,** | ) **PROGRESSION ORDER** |
| **Defendants.** | ) |

This matter is before the court following a planning conference with the parties on September 14, 2006, held telephonically. Q-young Cin appeared Pro Se and David R. Buntain represented the defendant.

**IT IS ORDERED:**

1. **All** motions for summary judgment shall be filed **on or before October 16, 2006**. *See* NECivR 56.1 and 7.1.

**DATED: September 14, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**